UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

LARRY J. PRATER, JR.,

    Plaintiff,

v.

SHAW MAINTENANCE, INC.,

    Defendant.                    No. 14-cv-139-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on November 10, 2014 (Doc. 26), this case is **DISMISSED** with prejudice. Each party shall bear its own costs.

                              JUSTINE FLANAGAN,
                              ACTING CLERK OF COURT

                              BY:    /s/*Cheryl A. Ritter*
                                         **Deputy Clerk**

Dated:   February 19, 2015

Digitally signed by David R. Herndon
Date: 2015.02.19 11:01:53 -06'00'

APPROVED:
        U. S. DISTRICT JUDGE